THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS McFADDEN, Appellant. [891 NYS2d 302]— Present—Scudder, P.J., Hurlbutt, Pine and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE PRUDE, Appellant (Appeal No. 1.). [891 NYS2d 302]— Present—Hurlbutt, J.P., Centra, Pine and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEXTER MASTOWSKI, Appellant. [891 NYS2d 302]— Present—Scudder, P.J., Hurlbutt, Green and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES W. MADILL, Appellant. [891 NYS2d 302]— Present—Smith, J.P., Green, Pine and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD F. MILLS, Appellant. [891 NYS2d 302]— Present—Hurlbutt, J.P., Smith, Green and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADOLPH WRIGHT, Appellant. [891 NYS2d 302]— Present—Scudder, P.J., Hurlbutt, Green and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY L. JOHNSON, Appellant. [891 NYS2d 302]— Present—Smith, J.P., Centra, Fahey, Green and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN E. AKIN, Appellant. [891 NYS2d 301]— Present—Scudder, P.J., Hurlbutt, Fahey, Green and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW FIGGINS, Appellant. [891 NYS2d 302]— Present—Hurlbutt, J.P., Smith, Peradotto and Green, JJ.